# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CARNEAL EASON                                               PLAINTIFF

v.                          No. 2:17-cv-176-DPM

GRACO, INC.;  and SHERWIN-
WILLIAMS                                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____28 January 2019_____